TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VENANCIO GARCIA GABINO,<br><br>Petitioner,<br><br>v.<br><br>DHS, *et al.*<br><br>Respondents. | Case No. 2:26-cv-02562-GMN-EJY<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File Notice of Class Membership and Answers to Interrogatories Pursuant to Court Order (ECF No. 3)**<br><br>**FIRST REQUEST** |

Federal Respondents and Petitioner, by and through their undersigned counsel, hereby submit this Stipulation for a two-day extension of time, up to and including **August 26, 2026**, for Federal Respondents to file their Notice Regarding Class Membership and Answers to Interrogatories pursuant to Court Order (ECF No. 3). Federal Respondents' counsel conferred with Petitioner's counsel and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file their Notice Regarding Class

/ / /

/ / /

/ / /

/ / /

Membership and Answers to Interrogatories from August 24, 2026, to **August 26, 2026**. This request is made in good faith and not for the purpose of any undue delay.

Respectfully submitted this 24th day of August 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Ellesse Henderson*
ELLESSE HENDERSON
Assistant Federal Public Defender
*Attorney for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorney for Federal Respondents*

**IT IS SO ORDERED.**

**DATED** this 24 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court