Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ellesse Henderson
Assistant Federal Public Defender
California State Bar No. 302838
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ellesse_Henderson@fd.org

*Attorney for Petitioner Gabino Garcia Venancio

# United States District Court
# District of Nevada

Gabino Garcia Venancio,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02562-GMN-EJY

**Stipulation to Extend Time to File First Amended Petition (First Request)**

Petitioner Gabino Garcia Venancio and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for a two-day extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline from August 29, 2026, to August 31, 2026.

This extension is warranted because counsel for Petitioner needs to discuss with her client recently disclosed documents from Respondents, and the earliest available time for that discussion is 3:00 p.m. on Friday, August 28. The amended petition cannot be completed until this discussion takes place.

On August 27, undersigned counsel conferred with counsel for Respondents, Deputy Civil Chief Tamer B. Botros, who agrees to this 2-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Garcia Venancio to file an amended petition to August 31, 2026.

Respectfully submitted this 27th day of August, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Tamer B. Botros*
Tamer B. Botros
Deputy Civil Chief
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Ellesse Henderson*
Ellesse Henderson
Assistant Federal Public Defender

**IT IS SO ORDERED:**

**DATED** this 28 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court