**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GABINO GARCIA VENACIO,

Petitioner,

vs.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-02562-GMN-EJY

**ORDER TO SHOW CAUSE**

Before the Court is Petitioner Gabino Garcia Venacio's First Amended Petition for Writ of Habeas Corpus, (ECF No. 15). The Court has reviewed the Petition, as well as Respondents' Notice, (ECF No. 8), and preliminarily finds that Petitioner may be entitled to habeas relief under the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment.

Therefore, Respondents are **ORDERED TO SHOW CAUSE** for Petitioner's detention. *See* 28 U.S.C. § 2243. Specifically, Respondents must file a "return certifying the true cause of detention" on or before September 8, 2026.

**IT IS FURTHER ORDERED** that Petitioner must file a traverse no later than September 15, 2026.

**IT IS FURTHER ORDERED** that the Court's prior orders regarding briefing, document production, transfer, etc., remain in full effect. (*See generally* Order Appointing Counsel, ECF No. 3).

**DATED** this __1__ day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT